UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
RUBEN O. VALDEZ and
SYLVIA A. VALDEZ,

No. 7-06-11912-SL

Debtors.

## ORDER REGARDING TRUSTEE'S MOTION FOR AUTHORIZATION TO ABANDON ASSETS OF THE ESTATE

**THIS MATTER** having come before the Court upon the Trustee's Motion for Authorization to Abandon Assets of the Estate, filed March 23, 2007, withdrawn at the direction of the Clerk for technical reasons, and re-filed on March 29, 2007; twenty-day notices having been mailed to all creditors on March 23, 2007; the time having expired for the filing of objections to said motion on April 16, 2007, and no objections having been filed thereto; and, the Court, having reviewed the motion and file, and being otherwise fully apprised in the situation,

**IT IS HEREBY ORDERED** that the Trustee be, and he hereby is, authorized to abandon all interest in and to the 1996 Patriot Mobile Home, the contract for the sale of same, and all payments received from the escrow agent on that contract.

**IT IS FURTHER ORDERED** that the Trustee be, and he hereby is, authorized to disburse all funds in his trust account, which consists of all payments received from the escrow agent and interest accrued thereon, to Wells Fargo, to be applied to its secured debt.

**IT IS FURTHER ORDERED** that the requirement for the Trustee to submit a final

*In Re: Valdez, Ruben O. & Sylvia A.; USBC #7-06-11912-SL*
*Order Regarding Trustee's Motion for Authorization to Abandon Assets of the Estate*
*Page 1 of 2*

Case 06-11912-s7    Doc 21    Filed 04/20/07    Entered 04/20/07 13:13:03 Page 1 of 2

account in this matter be, and it hereby is, waived.

**IT IS FURTHER ORDERED** that, at such time as the Trustee has received verification from the bank that the check has cleared and there is a zero balance in the account, the Trustee shall enter his Report of No Distribution, and, after that, the Clerk is directed to proceed with the closing of this case.

_____
**JAMES S. STARZYNSKI**
**U. S. BANKRUPTCY JUDGE**

**Submitted by:**
s/submitted by e-mail
**KIERAN F. RYAN**
Trustee in Bankruptcy
P.O. Box 26
Las Cruces, NM 88004
(505) 523-1515

The following persons are entitled to notice of entry of this order:
Kieran F. Ryan , P. O. Box 26, Las Cruces, NM  88004
U. S. Trustee's Office, P. O. Box 608, Albuquerque, New Mexico 87103
R. Trey Arvizu III, Debtors' counsel, P.O. Box1479, Las Cruces, NM 88004-1479

*In Re: Valdez, Ruben O. & Sylvia A.; USBC #7-06-11912-SL*
*Order Regarding Trustee's Motion for Authorization to Abandon Assets of the Estate*
*Page 2 of 2*

Case 06-11912-s7    Doc 21    Filed 04/20/07    Entered 04/20/07 13:13:03 Page 2 of 2